# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**LAZARO MARES,**

   **Plaintiff,**

 **v.**            **No. 15-cv-0413 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security Administration,**

   **Defendant.**

### ORDER TO SEAL ADMINISTRATIVE RECORD

   THIS MATTER having come before the Court upon Defendant's Unopposed Motion to

Seal Administrative Record [Doc. 12], it being stated that Plaintiff concurs in the granting of the

motion, the Court having read the motion and being fully advised in the premises finds that there

is good cause for granting the motion.

   IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the

above-referenced case shall be permanently sealed.  Access to the administrative record shall be

limited to the Court and the case participants only.

          _____
          **STEPHAN M. VIDMAR**
          **United States Magistrate Judge**
          **Presiding by Consent**