IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LAZARO MARES,**
   **Plaintiff,**

  vs.             CIV NO. 2:15-00413-SMV

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
   **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 18) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 17), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until March 31, 2016, to file a response, and Plaintiff shall have until April 14, 2016, to file a reply.

SIGNED ___March 1_____, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 3/1/16*
MICHAEL A. THOMAS
Special Assistant United States Attorney

*Electronically approved 3/1/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff